**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**DANG HAI NGUYEN, also known**
**as Cong Chi Le, Defendant-**
**Appellant**

**No. 16-20178**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 27, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Dang Hai Nguyen, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Dang Hai Nguyen has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Nguyen has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Nguyen's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). The motion for appointment of substitute counsel is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Nguyen's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.